Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Timothy J. Ohms
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 1 9 2023

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-103-SAB |
| Plaintiff, | INDICTMENT |
| v. | Vio: 21 U.S.C. §§ 841(a)(1), (b)(1)(C), 846 Conspiracy to Distribute Methamphetamine, Cocaine, and Fentanyl (Count 1) |
| NORMAN JOHN FORD, and LURISSA JO FLETT, | |
| Defendants. | 21 U.S.C. § 841(a)(1), (b)(1)(C) Possession with Intent to Distribute Fentanyl, Methamphetamine, and Cocaine (Count 2) |
| | 18 U.S.C. §§ 922(g)(1), 924(a)(8) Felon in Possession of a Firearm (Count 3) |
| | 18 U.S.C. § 1791(a)(2), (b)(1), (d)(1)(C), (d)(4) Providing or Possessing Contraband in Prison (Count 4) |
| | 21 U.S.C. § 853, 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) Forfeiture Allegations |

INDICTMENT - 1

The Grand Jury charges:

## COUNT 1

On or about June 14, 2023, in the Eastern District of Washington, the Defendants, NORMAN JOHN FORD and LURISSA JO FLETT, and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offenses: distribution of mixtures and substances containing detectible amounts of methamphetamine, cocaine, and N-phenyl-N-[1-(2-phenylethyl] propanamide (a/k/a fentanyl), all Schedule II controlled substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), 846.

## COUNT 2

On or about June 14, 2023, in the Eastern District of Washington, the Defendants, NORMAN JOHN FORD and LURISSA JO FLETT, did knowingly possess with the intent to distribute mixtures and substances containing detectible amounts of methamphetamine, cocaine, and N-phenyl-N-[1-(2-phenylethyl] propanamide (a/k/a fentanyl), all Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 3

On or about June 14, 2023, in the Eastern District of Washington, the Defendant, NORMAN JOHN FORD, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year,

INDICTMENT - 2

did knowingly possess in and affecting commerce, a firearm, to wit: a Ruger Model SR 22, .22 caliber semiautomatic pistol bearing serial number 360-81473, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## COUNT 4

On or about June 14, 2023, in the Eastern District of Washington, the Defendant, LURISSA JO FLETT, then an inmate confined at a prison, to wit: the Bureau of Indian Affairs Correctional Facility within the external boundaries of Spokane Indian Reservation, possessed a prohibited object, to wit: a substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl] propanamide (a/k/a fentanyl), a narcotic drug, in violation of 18 U.S.C. § 1791(a)(2), (b)(1), (d)(1)(C), (d)(4).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841 as set forth in Counts 1 and 2 of this Indictment, Defendants, NORMAN JOHN FORD and LURISSA JO FLETT, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the

INDICTMENT - 3

commission of the offense.  The property to be forfeited includes, but is not limited to:

- a Ruger, Model SR 22, .22 caliber semiautomatic pistol bearing serial number 360-81473; and,

- Any and all ammunition.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 922(g)(1), 924(a)(8), as set forth in this Indictment, Defendant, NORMAN JOHN FORD, shall forfeit to the United States of America, any firearm and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Ruger, Model SR 22, .22 caliber semiautomatic pistol bearing serial number 360-81473; and,

- Any and all ammunition.

DATED this 19th day of September 2023.

A TRUE BILL

*Vanessa Waldref*
_____
Vanessa R. Waldref
United States Attorney

*Timothy J. Ohms*
_____
Timothy J. Ohms
Assistant United States Attorney

INDICTMENT - 4